UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———————————

TONY DARNELL HARRIS,

        Plaintiff,                         Case No.  2:17-CV-24

v.

                                        HON. GORDON J. QUIST

UNKNOWN FELDPAUSCH, et al.,

        Defendants.

———————————————/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 22, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant Defendant Amanda M. Kabke and Nurse Walker's (incorrectly referred to on the docket report as "Unknown Walters") motion for summary judgment.  The Report and Recommendation was served on Plaintiff on October 22, 2018.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the October 22, 2018, Report and Recommendation (ECF No. 42) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Kabke and Walker's Motion for Summary Judgment (ECF No. 38) is **GRANTED**, and Plaintiff's claims against Defendants Kabke and Walker are **dismissed with prejudice**.  The case will proceed on Plaintiff's claim against Defendant Feldpausch.

**IT IS FURTHER ORDERED** that the Clerk shall correct the docket report by changing Defendant Unknown Walters to Nurse Walker.

Dated:  January 10, 2019                          _____/s/ Gordon J. Quist_____
                                             GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE